1
2
3
4
5
6        IN THE UNITED STATES DISTRICT COURT

7        FOR THE NORTHERN DISTRICT OF CALIFORNIA

8
9
10   KISKADEE COMMUNICATIONS                      No. C 10-05277 WHA
     (BERMUDA), LTD.,
11
                  Plaintiff,
12
                                                 **ORDER VACATING**
13      v.                                       **CASE MANAGEMENT**
                                                 **DATES AND SETTING**
14   PHILIP R. FATHER and EUGENE                 **CASE MANAGEMENT**
     CACCIAMANI,                                 **CONFERENCE**
15
                  Defendants.
16   _____/

17         In light of the order staying this action pending arbitration, all previously set case

18   management dates and deadlines are **VACATED**.  A further case management conference will be

19   held at **11:00 A.M. ON OCTOBER 6, 2011**.

20
21         **IT IS SO ORDERED.**

22
23   Dated:  March 22, 2011.

24                                               _____
                                                 WILLIAM ALSUP
                                                 UNITED STATES DISTRICT JUDGE
25
26
27
28

**United States District Court**
For the Northern District of California