1  Glenn B. Manishin (SBN 104001)
   **DUANE MORRIS LLP**
2  505 9th Street, N.W., Suite 1000
   Washington, DC  20004
3  Telephone:  202.776.7813
   Facsimile:   202.776.7801
4  E-mail:       gbmanishin@duanemorris.com

5  Eric J. Sinrod (SBN 122868)
   Michael J. Dickman (SBN 227096)
6  **DUANE MORRIS LLP**
   Spear Tower
7  One Market Plaza, Suite 2200
   San Francisco, CA  94105-1127
8  Telephone:  415.957.3000
   Facsimile:   415.957.3001
9  E-mail:       ejsinrod@duanemorris.com
                 mjdickman@duanemorris.com
10
   Attorneys for Plaintiff
11 KISKADEE COMMUNICATIONS (BERMUDA) LTD.

12
                    **IN THE UNITED STATES DISTRICT COURT**
13
                    **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
14
                              **SAN FRANCISCO DIVISION**
15

| | |
|---|---|
| KISKADEE COMMUNICATIONS (BERMUDA) LTD., | Case No.: 3:10-CV-5277-WHA |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE OCTOBER 6, 2011 CASE MANAGEMENT CONFERENCE** |
| v. | **Date:**  October 6, 2011<br>**Time:**  11:00 a.m. |
| PHILIP R. FATHER and EUGENE CACCIAMANI, individuals, | **Courtroom:**  9<br>**Judge:**  Hon. William H. Alsup |
| Defendants. | **Complaint Filed:**  November 19, 2010 |

# STIPULATION

**WHEREAS** on March 22, 2011, the Court issued an order staying the above-entitled action pending arbitration;

**WHEREAS** on March 22, 2011, the Court issued another order setting a further case management conference on October 6, 2011 at 11:00 A.M.;

**WHEREAS** on September 22, 2011, Defendants Philip Father and Eugene Cacciamani filed a motion to enforce the stay, which is currently scheduled for a hearing before the Court on October 27, 2011 at 8:00 A.M.; and

**WHEREAS** the parties believe that continuing the case management conference from October 6, 2011 to October 27, 2011 to coincide with the motion to enforce the stay will preserve judicial resources and promote efficiency for the parties and the Court.

**NOW THEREFORE** Plaintiff Kiskadee Communications (Bermuda) Ltd. and Defendants Philip Father and Eugene Cacciamani stipulate that the case management conference currently scheduled before the Court on October 6, 2011 at 11:00 A.M. should be continued to October 27, 2011 at 8:00 A.M.  The parties jointly request the Court enter an order continuing the case management conference to October 27, 2011 at 8:00 A.M.

Respectfully submitted,

Dated: September 29, 2011         **DUANE MORRIS LLP**

By:      /s/ Michael J. Dickman
Glenn B. Manishin
Eric J. Sinrod
Michael J. Dickman

Attorneys for Plaintiff
KISKADEE COMMUNICATIONS (BERMUDA) LTD.

Dated: September 29, 2011            **SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**

By:  /s/ Charles S. Donovan
Charles S. Donovan
Brian R. Blackman
Elise K. Sara

Attorneys for Defendants
PHILIP R. FATHER and EUGENE CACCIAMANI

### ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

Dated:  October 3, 2011.

HON. WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE