**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KISKADEE COMMUNICATIONS
(BERMUDA), LTD.,

        Plaintiff,

  v.

PHILIP R. FATHER and
EUGENE CACCIAMANI,

        Defendants.

——————————————————/

No. C 10-05277 WHA

**ORDER RESCHEDULING
MOTION HEARINGS AND
CASE MANAGEMENT
CONFERENCE**

      Two motion hearings and a case management conference were set for 8:00 a.m. on

October 27, 2011.  Because the Court will be in trial, the time was changed from 8:00 a.m.

to 2:00 p.m. (Dkt. No. 46).  Counsel are unable to attend at the new time.  The parties jointly

request that the matter be rescheduled to November 10, 2011 (Dkt. No. 48).  The Court, however,

is unavailable that day.  Both motions will be heard and the case management conference will be

held at **2:00 P.M. ON NOVEMBER 17, 2011**.

      **IT IS SO ORDERED.**

Dated:  October 24, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE